BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ALVARADO-BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05 00545 DLJ [WDB] |
| Plaintiff, | ORDER VACATING HEARING DATE |
| vs. | |
| NICOLAS ALVARADO-BARAJAS, | |
| Defendant. | |

    Nicolas Alvarado-Barajas currently is scheduled to change his plea before this Court on September 2, 2005 at 10:00 a.m. Given that United States District Judge D. Lowell Jensen is available to take Mr. Alvarado-Barajas's plea on September 1, 2005 at 10:00 a.m., and good cause appearing therefor,

    IT IS ORDERED that the change of plea hearing set for September 2, 2005 before this Court is VACATED.

Dated: August 29, 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge

ORD VAC HRG      1